AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00550 |
| Cynthia Catherine Ballenger, (DOB: XXXXXXXXX) | ) Assigned To : Faruqui, Zia M. |
| Christopher John Price, (DOB: XXXXXXXX) | ) Assign. Date : 7/30/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

*Code Section*                             *Offense Description*

18 U.S.C. §§ 1752(a)(1) and (2) - Restricted Building or Grounds;
40 U.S.C. §§ 5104(e)(2)(D) and (G) - Violent Entry or Disorderly Conduct.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Jeffrey Belcher, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 07/30/2021

*Judge's signature*

City and state: Washington, D.C.     Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*