IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | Case No.: 1:21-cr-00719-JEB |
| CYNTHIA CATHERINE BALLENGER and CHRISTOPHER JOHN PRICE | * * * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT
CYNTHIA CATHERINE BALLENGER**

I, Steven H. Levin, respectfully move to withdraw as counsel in the above-entitled action on behalf of Cynthia Catherine Ballenger. Ms. Ballenger will be represented by new counsel, who has entered his appearance. Ms. Ballenger is aware of this motion and consents to the withdrawal.

Date: March 7, 2022

/s/
Steven H. Levin (Federal Bar No: 28750)
Rosenberg Martin Greenberg, LLP
25 South Charles Street, 21st Floor
Baltimore, Maryland 21201
slevin@rosenbergmartin.com
Phone: (410) 727-6600
Fax: (410) 727-1115

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of March 2022, a copy of the foregoing Motion to Withdraw as Counsel for Defendant Cynthia Catherine Ballenger was served upon all counsel entitled to service by electronic filing through this Court's ECF system. A copy has also been served separately to Ms. Ballenger.

/s/
Steven H. Levin

4855-1740-8531, v. 1