# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No.: 21-cr-719 (JEB)** |
| | **:** | |
| **CYNTHIA BALLENGER, and** | **:** | |
| **CHRISTOPHER PRICE,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

## NOTICE OF APPEARANCE

The undersigned, on behalf of the United States of America, hereby provides notice of substitution of counsel: Trial Attorney Ashley Akers should replace Trial Attorney Jacob R. Steiner as lead counsel on the case, and Trial Attorney Jacob R. Steiner should be removed from the case.

Respectfully submitted,

DATED: March 29, 2022

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Ashley Akers
ASHLEY AKERS
MO Bar No. 69609
Trial Attorney, Detailee
175 N Street, NE, 9th Floor
Washington, DC 20002
(202) 353-0521
Ashley.Akers@usdoj.gov

JACOB R. STEINER
CA Bar No. 325239
Trial Attorney, Detailee
1301 New York Avenue, NW
Washington, DC 20530
(202) 924-5829
Jacob.Steiner@usdoj.gov