## NOTICE AND WAIVER OF CONFLICT OF INTEREST

Cynthia Ballenger (also known as Cynthia Price) and Christopher Price (jointly, and separately, CLIENTS/DEFENDANTS) have retained Nandan Kenkeremath (COUNSEL), and other counsel, to jointly represent them in connection with the criminal action UNITED STATES OF AMERICA v. CYNTHIA BALLENGER, and CHRISTOPHER PRICE (Case No. 1:21-cr00719-JEB) (United States District Court for the District of Columbia).

Each of the Defendants so identified above has been fully briefed both by the Court in a colloquy on the record in open court as well as further by their counsel privately of the meaning of a conflict of interest in an attorney representing both of them jointly, including the concepts of any actual, currently-existing conflict of interest as well as the potential for conflicts of interest developing or becoming apparent later during the course of the case.  We each have been informed of the possibility that an attorney jointly representing both of us could learn privileged and confidential information during that joint representation.

Each of us identified above has been advised of our right to obtain the advice of separate counsel independent of our criminal defense counsel about our decision to waive any conflict of interest.

Each of us identified above understand that the presiding judge offered us the opportunity to have an additional, independent attorney specializing in such matters appointed at government expense to help advise us on whether we should choose a joint defense by the same attorney(s) for both of us.

Each of us identified above have considered these matters to our satisfaction.  We observe that the allegations made against both of us are nearly identical and that we were at all times on January 6, 2021, physically together as a couple.

Given that neither CLIENTS nor COUNSEL has, as of yet, detected a basis for a conflict, Nandan Kenkeremath is providing representation jointly subject to the following understandings. Although the interests of both DEFENDANTS in this matter are generally consistent, we both acknowledge that we recognize and understand that differences may exist or become evident during the course of representation. Notwithstanding these possibilities, CLIENTS have determined that it is in each of their individual and mutual interests to have the same attorneys represent them jointly in connection with this matter.

Potential conflicts of interest that might arise include but are not limited to differences in conduct and communications for each client that occurred in relations to events of January 6, 2021.  There may be differences in any further action, discussion or admission relevant to the case after January 6, 2021.  In addition, each client may have a different view of the potential advantages or risks from any proposed settlement offers.  Further, there is no guarantee that the facts alleged or brought forward in the process – perhaps some currently unknown -- would be the same for each DEFENDANT. There is no guarantee that statements or actions of Ms. Ballenger and Mr. Price might not be construed as different. There is no guarantee that any potential verdict or sentence would be the same for either DEFENDANT.

Settlement offers might seek the co-operation of a given DEFENDANT as an individual and one DEFENDANT may be in a different position were one of the individual DEFENDANTS to sign a settlement agreement.

 In addition, it is possible that a circumstance could arise whereby continuing with single representation could not occur without it adversely affecting one of the CLIENTS. Should this

happen it may become be necessary for each of you to hire your own independent lawyers. In light of this possibility, I recommend that you both potentially seek independent legal advice to determine whether consent to joint representation should be given. Whether or not you do so, however, is up to you.

Accordingly, this confirms your mutual agreement to have me (Nandan Kenkeremath) represent you as an attorney, potentially among other attorneys, jointly in connection with the above-described matter. This will also confirm that you both (CLIENTS) have each agreed to waive any conflict of interest arising out of, and that you will not object to my representation of each of you in the matter described herein. Therefore, you hereby state that you prefer that Nandan Kenkeremath jointly represent you in this matter and that you refuse to exercise your right to hire independent lawyers.

| Signature | Printed Name | Date |
|---|---|---|
| *Christopher J Price* | CHRISTOPHER J PRICE | APRIL 11, 2022 |
| *Cynthia Price* | Cynthia Price | 4-11-2022 |

3