# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 1:21-cr-719 (JEB) |
| : | |
| **CYNTHIA BALLENGER** and : | |
| **CHRISTOPHER PRICE,** : | |
| : | |
| Defendants. : | |

## GOVERNMENT'S MOTION TO DISMISS INFORMATION (ECF No. 26)

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to dismiss the information in this case. ECF No. 26. On March 21, 2023, following a two-day bench trial, the Court found the defendants guilty on all counts of the superseding information. ECF No. 38. On September 29, 2023, the Court imposed its sentence as to those counts. As such, the government states that it is now appropriate to dismiss the original information. The defense consents to this motion.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

/s/ Andrew Haag
ANDREW S. HAAG
Assistant United States Attorney
MA Bar No. 705425
601 D Street, N.W.
Washington, DC 20530
(202) 252-7755
Andrew.Haag@usdoj.gov

<u>/s/ Ashley Akers</u>
ASHLEY AKERS
Trial Attorney
MO Bar No. 69601
Detailed to the U.S. Attorney's Office
601 D Street NW
Washington, DC 20530
(202) 353-0521
Ashley.Akers@usdoj.gov
