UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CYNTHIA BALLENGER and<br>CHRISTOPHER PRICE,<br><br>Defendants. | Criminal Action No. 21-719 (JEB) |

**ORDER**

    The Court ORDERS that Defendant Cynthia Ballenger shall surrender to the Bureau of Prisons no earlier than March 5, 2024, and Defendant Christopher Price need not surrender until further order of the Court.

                                                                          s/ *James E. Boasberg*
                                                                          JAMES E. BOASBERG
                                                                          Chief Judge

Date:  <u>February 29, 2024</u>

1