**Frederick Health** Medical Group

Attachment 1 Case No. 1:21-cr-00719(JEB)

FrederickHealth.org

Oncology Hematology Opossumtown
1562 Opossumtown Pike Suite 102
Frederick, Maryland 21702
Phone (301)662-8477

11/25/2024

RE:              Christopher John Price
Date of Birth:   10/13/1965

To Whom It May Concern:

Christopher Price continues under my medical care for prostate cancer. His treatment has included surgery, radiation, and hormonal therapy. Mr. Price has ongoing residual gastric side effects from radiation treatment and ongoing fatigue and hot flashes from hormonal therapy. In addition, he is participating in counseling and spiritual support to care for mental health and wellbeing related to his cancer diagnosis. His current treatment plan includes injections of hormone therapy every three months, symptom and side effect management, and ongoing surveillance of disease progression. The breakdown of this plan over the next year is as anticipated as follows:

**Provider follow up appointments and injections every three months:**
Planned in December 2024 and in 2025: March, June, September, and December.
December 30, 2024 – Follow up with provider for ongoing management, review of labs for prostate cancer screening and side effects, and approval of next treatment
December 31, 2024 – Hormonal injection

**Daily medications for symptom and side effect management (fatigue, hot flashes, diarrhea):**
Lactobacillus rhamnosus GG (Culturelle) 1 cap PO QDAY
Mega Multivitamin For Men 1 tab PO QDAY
Omeprazole 40 mg PO QDAY
Papaverine-phentolamin-alprost 150 mg-5 mg-50 mcg (Tri-Mix (papaver-phentol-PGE1)) mL intra-cavernosal
Psyllium husk (Metamucil) 0.4 grams PO TID
Tadalafil 5 mg PO QDAY

**Ongoing emotional and spiritual support sessions for depression and anxiety:**
Mental Health Counseling Sessions every 2-4 weeks, in person
Spiritual Care Counseling Sessions every 2-4 weeks, in person
Dietitian consultation as needed
Integrative Services as needed

At present, Mr. Price's prostate cancer is stable which is contributed to compliance with and maintaining this treat plan. Any alteration or interruption to this plan will significantly impact Mr.

Price's current and long term medical condition.

Please contact my office for any additional information that is needed.

Sincerely,

Elhamy Eskander, MD
Medical Oncologist