## AO 240: Application to Proceed Without Prepaying Fees or Costs

### 1. Applicant Information

Name: Cynthia Price (Ballenger)

Co-Applicant Name: Christopher Price

Address: 14334 Royer Road, Highfield-Cascade, Maryland, 21719

### 2. Employment Information

Cynthia's Employment:

Employer: Antrim 1844

Gross Pay (Monthly): $2,821.00

Take-home Pay (Monthly): $2,465.67

Christopher's Employment:

Currently Unemployed

Unemployment Benefits: $220.00/month

### 3. Other Income

No other income sources reported beyond Cynthia's wages and Chris's unemployment.

### 4. Monthly Expenses

As a couple:

Groceries: $1,000

Mortgage: $830

Electric: $380

Water/Sewer: $133

Auto Insurance: $280

Transportation: $600

Health Insurance: $10

Medical Expenses: $100

Internet: $125

Netflix: $20

Miscellaneous: $400

College Loan Support for Son: $180

## 5. Assets

Real Property: Home worth $175,000 with $140,000 mortgage

Cash and Accounts:

 - $100,000 in checking (joint)

 - $100,000 in investment account (joint)

 - $10,000 in CD (Joint)

Vehicles:

 - 2002 Mitsubishi (FMV $300) (Cynthia)

 - 2005 Toyota Corolla (FMV $1,500) (Cynthia)

 - Saturn (FMV $489)(Cynthia)

 - 2003 Toyota Highlander (purchased for $2,700)(Chris)

## 6. Business Sale

Note Chris sold a business on January 1, 2025, for $210,000. This amount is reflected in the above Cash and Accounts which total the same in those joint accounts. The accountant estimates $40,000 in capital gains tax liability.

## 7. Declaration

We declare under penalty of perjury that the information provided is true and correct.



_____   7/14/2025

Cynthia Price (Ballenger)



_____   7/14/2025

Christoper Price