**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

**v.**                                        **Criminal Action No. 21-719 (JEB)**

**CYNTHIA BALLENGER, *et al.*,**

**Defendants.**

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, the Court

ORDERS that:

1.   Defendants' [177] Motion for Reconsideration is GRANTED; and

2.   The United States shall refund Defendants Ballenger and Price $570 each.

/s/ James E. Boasberg
JAMES E. BOASBERG
Chief Judge

Date:  December 3, 2025