# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-3080**             **September Term, 2025**

1:21-cr-00719-JEB-1

**Filed On: January 16, 2026**

United States of America,

    Appellee

    v.

Cynthia Ballenger and Christopher Price,

    Appellants

### O R D E R

Upon consideration of appellants' motion for voluntary dismissal of their appeal and the declarations in support thereof, it is

**ORDERED** that the motion be granted and this case be dismissed. See D.C. Cir. Rule 42.

The Clerk is directed to issue the mandate forthwith.

                  **FOR THE COURT:**
                  Clifton B. Cislak, Clerk

            BY:    /s/
                     Laura M. Morgan
                     Deputy Clerk