**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No. 21-CR-719 (JEB)** |
| **CYNTHIA BALLENGER and CHRISTOPHER PRICE,** | |
| **Defendants.** | |

**MOTION FOR ORDER DIRECTING THE CLERK'S OFFICE TO ISSUE THE**
**REFUND ORDERED BY THE COURT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion. The undersigned has contacted Nandan Kenkeremath, Esq., attorney for defendants Cynthia Ballenger and Christopher Price, who has indicated that he opposes this motion.

Ballenger and Price were convicted of offenses related to events that occurred at or near the United States Capitol on January 6, 2021. They paid to the Clerk of Court restitution and special assessments ordered by this Court. Ballenger and Price appealed their convictions and, while those appealed were pending, President Donald Trump pardoned both defendants, mooting their appeals and leading to their convictions and sentences being vacated. Ballenger and Price then moved this Court for an order requiring the restitution and special assessments they paid as a result of their convictions to be refunded. On December 3, 2025, this Court issued an opinion granting the defendants' request. *See* 12/3/25 Memorandum Opinion, ECF 185. In the accompanying order, the Court ordered that "[t]he United States shall refund Defendants Ballenger and Price $570 each." 12/3/25 Order, ECF 184.

1

In the months that followed, both defense counsel and attorneys for the government have contacted the District Court Clerk's office to refund the $570 each defendant paid to that office. The Clerk's office has declined to do so, stating that the Court's order requires "[t]he United States"—which it apparently reads as "the Executive Branch"—to refund the defendant's money.

The undersigned has consulted extensively with other attorneys within the Department of Justice on this issue. Based on those conversations, it is the undersigned's understanding that there is no mechanism through which the Executive Branch can directly refund money it received via the District Court Clerk. Rather, to facilitate the refund to the defendants, the District Court clerk must "pull back" money that it previously paid to the Architect of the Capitol (the $500 in restitution each defendant paid) and to the Crime Victim's Fund (the $70 assessment each defendant paid). Once the Clerk's office initiates that process, the money owed to the defendants will then pass back into the Clerk's custody, and the Clerk can then refund the money to the defendants. It is the undersigned's understanding that the Executive Branch has no other mechanism by which to effectuate the refund required by the Court's order.

The United States thus respectfully requests that the Court enter the attached order requiring the District Court Clerk's office to refund $570 to each defendant.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


_____/s/_____
Daniel J. Lenerz, DC Bar #888283905
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Daniel.Lenerz@usdoj.gov

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been filed electronically with the Court and served via CM/ECF on counsel for the defendant, Nandan Kenkeremath, Esq., on this 17th day of April, 2026.

    /s/ Daniel J. Lenerz
DANIEL J. LENERZ
Assistant United States Attorney