**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 1:21-cr-00719-JEB** |
| | : | |
| **CYNTHIA BALLENGER, and** | : | |
| **CHRISTOPHER PRICE,** | : | |

**DEFENDANTS BALLENGER AND PRICE'S MOTION TO ESTABLISH DEADLINE FOR COMPLIANCE WITH DECEMBER 3, 2025 ORDER**

Defendants Cynthia Ballenger (Price) and Christopher Price respectfully request that the Court require the United States to complete the refunds ordered on December 3, 2025, within 90 days of entry of an order granting this Motion.

Pursuant to Local Criminal Rule 47(a), undersigned counsel conferred with counsel for the United States, who advised that the Government's position on this Motion is:

> The government defers to the Court with respect to the motion but reserves the right to seek extensions for good cause if the government is required to take any actions in response to the order.

On December 3, 2025, the Court ordered that "[t]he United States shall refund Defendants Ballenger and Price $570 each." [ECF 184]. That Order remains operative and has not been stayed.

On April 17, 2026, the Government filed a Motion for Order Directing the Clerk's Office to Issue the Refund Ordered by the Court. [ECF 188]. Defendants responded on April 26, 2026. [ECF 189]. The Government's motion remains pending. This Motion is not an additional response to ECF 188. Defendants' position concerning that government motion remains as stated in ECF 189.

This Motion instead arises directly from the Court's December 3 Order and the continued passage of time—more than nine months—without the relief ordered by the Court having been provided.

The Supreme Court has recognized the "basic proposition that all orders and judgments of courts must be complied with promptly." *Maness v. Meyers*, 419 U.S. 449, 458 (1975). "[A]bsent a stay," a party subject to a court order "must comply promptly with the order pending appeal." *Id.* at 458–59. Federal courts possess inherent authority to enforce compliance with their lawful orders. *Shillitani v. United States*, 384 U.S. 364, 370 (1966); see also *Potter v. District of Columbia*, 126 F.4th 720, 725–26 (D.C. Cir. 2025).

## CONCLUSION

Defendants respectfully request that the Court require the United States to complete the refunds ordered on December 3, 2025, within 90 days of entry of an order granting this Motion.

Respectfully submitted,

/s/ Nandan Kenkeremath

Nandan Kenkeremath (DC Bar 384732)
2707 Fairview Court
Alexandria, VA 22311
703-407-9407

Counsel for Cynthia Ballenger (Price) and Christopher Price

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been filed electronically with the Court and served via CM/ECF on counsel for United States, Kacie Weston, Assistant United States Attorney and Tom Stutsman, Assistant United States Attorney on this 10th day of September 2026.

Respectfully submitted,

/s/ Nandan Kenkeremath

Counsel for Cynthia Ballenger (Price) and Christopher Price